**Entered on Docket**
**November 30, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

**Signed: November 29, 2010**

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

**CYNTHIA DENISE DENARD,**

        Debtor.
_____/

Case No. 10-70836 RN

Chapter 13

**ORDER VALUING LIEN OF BANK OF AMERICA, NA**

On November 02, 2010, Cynthia Denard (hereinafter Debtor) served a motion to value the second lien of Bank of America, NA as successor in interest to Countrywide Bank, FSB (hereinafter Lienholder) against the property commonly known as 1117 Butte Court, Livermore, CA 94551, which lien was recorded in Alameda County on or about March 12, 2007 as document 2007101527 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

    (2) This order shall become part of Debtor's confirmed chapter 13 plan.

    (3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

    (4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

    (5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | |

```
 1                          COURT SERVICE LIST

 2

 3
     Law Offices of Patrick L. Forte
 4   One Kaiser Plaza, Suite 480
     Oakland, CA 94612
 5
     Cynthia Denard
 6   1141 Catalina Dr. #311
     Livermore, CA 94550
 7
     Attn: Officer
 8   Bank of America, NA
     101 S Tryon Street
 9   Charlotte, NC 28202

10
     Attn: Officer
11   Bank of America, NA
     c/o C T Corporation System
12   818 W 7th Street
     Los Angeles, CA 90017
13
     Attn: Officer
14   BAC Home Loans Servicing, LP
     4500 Park Granada
15   Calabasas, CA 91302

16
     Attn: Officer
17   BAC Home Loans Servicing, LP
     c/o C T Corporation System
18   818 W 7th Street
     Los Angeles, CA 90017
19

20

21

22

23

24

25

26
```